450

### 18492. FULTON COUNTY *et al. v.* HUDGINS.

HAWKINS, Justice. This case is controlled by the decision this day rendered in *Fulton County* v. *Spratlin,* ante.

Judgment reversed. All the Justices concur.

ARGUED FEBRUARY 9, 1954—DECIDED MARCH 9, 1954.

*Harold Sheats, E. A. Wright, Standish Thompson,* for plaintiffs in error.

*John L. Westmoreland, John L. Westmoreland, Jr., J. Ralph McClelland, Jr.,* contra.